# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| PLASTECH ENGINEERED PRODUCTS, INC., | ) | CASE NO: 1:07-cv-02140 |
| | ) | |
| | ) | JUDGE CHRISTOPHER A. BOYKO |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| SQUARE D COMPANY and WESTERN SURETY COMPANY, | ) | **JUDGMENT ENTRY** |
| | ) | |
| | ) | |
| Defendants. | ) | |

This court has been informed by Magistrate Judge Vecchiarelli that this action has been settled and that the parties have agreed to a dismissal. Therefore, it is not necessary that the action remain upon the calendar of the court. All claims and counterclaims are dismissed with prejudice, each party to bear its own costs. The court retains continuing jurisdiction to enforce the terms of the settlement agreement and/or to vacate this Order to reopen the action upon cause shown that further litigation is necessary.

IT IS SO ORDERED.

/s/ *Christopher A. Boyko*
United States District Judge

DATE: November 15, 2007